# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Reinvestment Coal., et al., | Case No. C 19-2572-JSW |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Kathleen L. Kraninger, et al., | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 8/15/2019      Signed: *Paulina Gonzalez-Brito* (DocuSigned by: 59F69B47D045452...)
                                                                                    Party

Date: 8/8/19      Signed: /s/ Jeffrey B. Dubner
                                                                                    Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*