| | |
|---|---|
| Shana E. Scarlett (SBN 217895) | Nitin Shah (DC Bar No. 156035) |
| Benjamin J. Siegel (SBN 256260) | (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Jeffrey B. Dubner (DC Bar No. 1013399) |
| 715 Hearst Avenue, Suite 202 | (*pro hac vice*) |
| Berkeley, CA 94710 | Democracy Forward Foundation |
| shanas@hbsslaw.com | P.O. Box 34553 |
| bens@hbsslaw.com | Washington, DC 20043 |
| Telephone: (510) 725-3000 | nshah@democracyforward.org |
| Facsimile: (510) 725-3001 | jdubner@democracyforward.org |
| | Telephone: (202) 448-9090 |
| Steve W. Berman | Facsimile: (202) 701-1775 |
| (*pro hac vice*) | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | *Counsel for Plaintiffs* |
| 1301 Second Avenue, Suite 2000 | |
| Seattle, WA 98101 | |
| steve@hbsslaw.com | |
| Telephone: (206) 268-9320 | |
| Facsimile: (206) 623-0594 | |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA REINVESTMENT COALITION, NATIONAL ASSOCIATION FOR LATINO COMMUNITY ASSET BUILDERS, DEBORAH LYNN FIELD, and RESHONDA YOUNG,<br><br>              Plaintiffs,<br><br>   v.<br><br>KATHLEEN L. KRANINGER, Director, Consumer Financial Protection Bureau, In Her Official Capacity and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>              Defendants. | No. 4:19-cv-02572-JSW<br><br>**PLAINTIFF CALIFORNIA REINVESTMENT COALITION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

1  TO THE CLERK AND ALL PARTIES OF RECORD:

2  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named
3  parties, there is no such interest to report.

5  DATED: August 19, 2019

Respectfully submitted,

DEMOCRACY FORWARD FOUNDATION

By: */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 156035)
(*pro hac vice*)

Nitin Shah (DC Bar No. 156035)
(*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
nshah@democracyforward.org
jdubner@democracyforward.org
Telephone: (202) 448-9090
Facsimile: (202) 701-1775

Shana E. Scarlett (CA Bar No. 217895)
Benjamin J. Siegel (CA Bar No. 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
shanas@hbsslaw.com
bens@hbsslaw.com
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
(*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

On August 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Jeffrey B. Dubner*

Jeffrey B. Dubner