Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
shanas@hbsslaw.com
bens@hbsslaw.com
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
(*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
steve@hbsslaw.com
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

*Counsel for Plaintiffs*

Nitin Shah (DC Bar No. 156035)
(*pro hac vice*)
Jeffrey B. Dubner (DC Bar No. 1013399)
(*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
nshah@democracyforward.org
jdubner@democracyforward.org
Telephone: (202) 448-9090
Facsimile: (202) 701-1775

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA REINVESTMENT COALITION, NATIONAL ASSOCIATION FOR LATINO COMMUNITY ASSET BUILDERS, DEBORAH LYNN FIELD, and RESHONDA YOUNG,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATHLEEN L. KRANINGER, Director, Consumer Financial Protection Bureau, In Her Official Capacity and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　　　Defendants. | No. 4:19-cv-02572-JSW<br><br>**PLAINTIFF NATIONAL ASSOCIATION FOR LATINO COMMUNITY ASSET BUILDERS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 19, 2019

Respectfully submitted,

DEMOCRACY FORWARD FOUNDATION

By: */s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 156035)
(*pro hac vice*)

Nitin Shah (DC Bar No. 156035)
(*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
nshah@democracyforward.org
jdubner@democracyforward.org
Telephone: (202) 448-9090
Facsimile: (202) 701-1775

Shana E. Scarlett (CA Bar No. 217895)
Benjamin J. Siegel (CA Bar No. 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
shanas@hbsslaw.com
bens@hbsslaw.com
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
(*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
steve@hbsslaw.com
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On August 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ Jeffrey B. Dubner

Jeffrey B. Dubner