UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA REINVESTMENT COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN L. KRANINGER, et al.,<br><br>Defendants. | Case No. 19-cv-02572-JSW<br><br>**ORDER REFERRING CASE TO MEDIATION, ADOPTING BRIEFING SCHEDULE, AND SETTING MOTION HEARING**<br><br>Re: Dkt. No. 37 |

On August 30, 2019, the parties appeared before the Court for a case management conference. The Court has considered the parties' joint case management statement and has considered their arguments at the case management conference. The Court concludes it is appropriate to refer this case to mediation, although this referral shall not be construed to preclude the parties from continuing to engage in direct settlement negotiations in the interim. The parties shall complete mediation by no later December 20, 2019. The Court also adopts the parties' proposed briefing schedule for their cross-motions for summary judgment, and the Court shall hold a hearing on the cross-motions on January 10, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 30, 2019

_____
JEFFREY S. WHITE
United States District Judge

Cc: ADR Department